DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD THOMAS FLORIO-BUNDY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2861

[November 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562003CF001940A.

Todd Thomas Florio-Bundy, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***